DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON P. LOCK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-3582

[January 28, 2015]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Matthew I. Destry, Judge; L.T. Case No. 13010221CF10A.

Jason P. Lock, Bonifay, Pro Se.

No response required for appellee.

PER CURIAM.

*Affirmed without prejudice* to file petition for belated appeal pursuant to Fla. R. App. P. 9.141(c).

TAYLOR, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***